IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BELAIR PRODUCE COMPANY, INC. | : |
| Plaintiff | : |
| | : Civil Action No.  1:08-cv-00526-UNA |
| v. | : |
| JOLYHOUSE FOODS, INC. t/a GOLDEN CORRAL, et al | : |
| Defendants | : |

**RULE 7.1 DISCLOSURE**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff, Belair Produce Company, Inc., by and through counsel, certifies that it is not a publicly traded entity and has no other parents, subsidiaries or affiliates which are publicly held.

Dated this 20th day of August, 2008.

SULLIVAN · HAZELTINE · ALLINSON LLC

_/s/ William A. Hazeltine_____
William A. Hazeltine (Del. Bar No. 3294)
4 East 8th Street, Suite 400
Wilmington, DE  19801
Tel: (302) 428-8191
Fax: (302) 428-8195

-and-

Kate Ellis, Esq.
McCarron & Diess
4900 Massachusetts Avenue, N.W., Suite 310
Washington, DC  20016
Tel: (202) 364-0400
Fax: (202) 364-2731
*Pro Hac Vice pending*

Attorneys for Plaintiff