IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BELAIR PRODUCE COMPANY, INC. | : |
| Plaintiff | : |
| | : Civil Action No. 1:08-cv-00526-UNA |
| v. | : |
| JOLYHOUSE FOODS, INC. t/a GOLDEN CORRAL, et al | : |
| Defendants | : |

**MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Kate Ellis, Esq. to represent Belair Produce Company, Inc. in this matter.

Signed: *William A. Hazeltine*
William A. Hazeltine (Del. Bar No. 3294)
SULLIVAN · HAZELTINE · ALLINSON LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195
whazeltine@sha-llc.com

Date: August 20, 2008.          Attorney for Belair Produce, Inc.

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date:_____            _____
                        United States District Judge

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State

of Maryland and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Date: August 18, 2008.

Signed: /s/ Kate Ellis
Kate Ellis, Esq.
McCarron & Diess
4900 Massachusetts Avenue, N.W., Suite 310
Washington, DC 20016
Tel: (202) 364-0400
Fax: (202) 364-2731
kellis@mccarronlaw.com