AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
### for the
### District of Delaware

| | |
|---|---|
| BELAIR PRODUCE COMPANY, INC. | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. _____ 08-00526 _____ |
| JOLYHOUSE FOODS, INC. t/a GOLDEN CORRAL | ) |
| Defendant | ) |

Alias **Summons in a Civil Action**

To: *(Defendant's name and address)*

JANET, INC., t/a
GOLDEN CORRAL
1220 N. Market Street, Suite 806
Wilmington, Delaware 19801

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

William A. Hazeltine, Esq.
Sullivan, Hazeltine & Allinson, LLC
4 E. 8th Street, Suite 400
Wilmington, Delaware 19801

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

PETER T. DALLEO
_____
Name of clerk of court

Date: _____ AUG 2 2 2008 _____       _____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

✎ AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on   _8/22/08_  ,
by:

    (1) personally delivering a copy of each to the individual at this place, _____

    _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with   _____
        who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
    _____ _KATHRYN WILLIAMS AT 3:25 PM_ _____ ; or

    (4) returning the summons unexecuted to the court clerk on   _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _0.00_ .

Date:   _8/25/08_

                           _Michael J Powers_
                                    Server's signature

                       _MICHAEL Powers - Process Server_
                                      Printed name and title

                       _230 N MARKET St, WILM DE 19801_
                                      Server's address